People of the State of Illinois ex rel. Joseph Horejs et al., Appellees, v. George Stedronsky, President, et al., Appellants.

Gen. No. 42,780.

Heard in the first division, first district, this court at the October term, 1943; opinion filed January 24, 1944. E. Marvin Capouch, Albert Mysogland and Markman, Donovan & Sullivan, for appellants; Thomas C. Donovan, of counsel; Michael F. Ryan, for appellees. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**